IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Beth Ann Duncan, Individually and d/b/a Hair By Beth; The Brickel Town Building, LLC,<br><br>        Defendants.<br>_____ | 2:11-cv-03137-GEB-GGH<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        Plaintiff states in his Status Report filed on March 11, 2012, that "Plaintiff and Defendants . . . are currently in settlement negotiations and a draft settlement agreement has been sent to Counsel." (ECF No. 14, 2:18-20.) However, Defendants have not yet appeared in this action, and Plaintiff does not indicate what steps he will take to prosecute this action if a settlement is not reached.

        In the event a settlement is not reached, Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than April 30, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a filing why the action should not be dismissed for failure of prosecution.

1

      Further, the status conference scheduled for hearing on March 26, 2012, is continued to commence at 9:00 a.m. on July 9, 2012. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

      IT IS SO ORDERED.

Dated: March 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2